IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
NORTHERN DIVISION

MICHAEL QUEEN
17 St. Agnes Road
Glen Burnie, Maryland 21060

    Plaintiff,

vs.

HUNTER R. WEEKLEY
1210 Parkview Drive
Wellsview, Ohio 43968

and

SHERRI WEEKLEY
Also known as Sherri Jo Shondelmeyer
1210 Parkview Drive
Wellsview, Ohio 43968

and

JEFFREY WEEKLEY
1210 Parkview Drive
Wellsview, Ohio 43968

    Defendants.

CASE NUMBER: 1:23-CV-1286

## COMPLAINT

Plaintiff Michael Queen by and through his attorney, David A. Harak and The Harak Law Firm, LLC sues the above-named Defendants and in support thereof states the following:

## PARTIES

1. At all times herein mentioned, Plaintiff Michael Queen is an adult citizen of the State of Maryland who resides at 17 St. Agnes Road, Glen Burnie, Maryland 21060.

**Complaint -** 10

THE HARAK LAW FIRM, LLC
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

2. At all times herein mentioned, Defendants Hunter R. Weekley, Jeffrey Weekley, and Sherri Weekley are an adult citizen of the State of Ohio who are believed to be currently residing at 1210 Parkview Drive, Wellsview, Ohio 43968.

3. At all times herein mentioned, Defendant Hunter R. Weekley was driving a vehicle with the express permission of the vehicle's owners Defendants Jeffrey and Sherri Weekley and, further, was acting as their agents to their direct and/or indirect benefit.

## JURISDICTION OF CLAIM AND VENUE

4. This Honorable Court has jurisdiction pursuant to 28 U.S.C. § 1332 based upon complete diversity of citizenship of the parties to the causes of action which are for an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of pre-judgement and post-judgment interest, costs, and attorney fees; venue lies in the United States District Court of Maryland, Northern Division because the collision that gives rise to the Plaintiff's claims took place in Anne Arundel County, Maryland.

## FACTS

5. Plaintiff Michael Queen, individually realleges and incorporates by reference paragraphs one through four into this count as though fully set forth herein, and further alleges that at all times herein mentioned Defendant Hunter Weekley was driving a white Jeep Wrangler with the permission of Defendants and Owners Jeffrey and Sherri Weekley.

6. Plaintiff Michael Queen further alleges that all times herein mentioned he was driving a Chrysler 300.

7. On or about October 24, 2021, at approximately 4:45 p.m., Plaintiff Michael Queen was lawfully traveling on Marley Station Road and had the lawful right of way when

he turned on his left turn signal in preparaion of making a turn onto St. Agnes Road in Anne Arundel County, Maryland.

8. After signalling his intention to make a turn, Plaintiff Michael Queen began to make a left hand turn onto St. Agnes Road.

9. At the same time and place, Defendant Hunter Weekley was facing a a stop sign on St. Agnes Road at its intersection with Marley Station Road when she negligently failed yield the lawful right of way and violently collided into Plaintiff Michael Queen's vehicle causing property damage and serious personal injuries to the Plaintiff Michael Queen.

## COUNT I
Plaintiff Michael Queen
**(Negligence – Defendant Hunter Weekley)**

10. Plaintiff Michael Queen individually realleges and incorporates by reference paragraphs one through nine into this count as though fully set forth herein, and further alleges that Defendant Hunter Weekley was negligent in the operation of her motor vehicle in: failing to keep a proper lookout; failing to yield the lawful right of way, failing to pay full time and attention to the operation of her motor vehicle; failing to maintain proper control of her vehicle; failing to control proper speed of her vehicle; failing to drive at a safe speed for the conditions; failing to maintain a safe distance between her vehicle and another vehicle; failing to lawfully stop without striking a vehicle when compelled to do so; and in otherwise violating the motor vehicle laws of the State of Maryland.

11. As a direct and proximate result of Defendant Hunter Weekley's negligent operation of the aforementioned vehicle on October 24, 2021, Plaintiff Michael Queen has

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

suffered and will continue to suffer: a great deal of physical and emotional pain; severe shocks to his nerves and nervous system; great mental anguish; has lost his former state of physical and mental well-being; missed work; incurred a loss of earning capacity; lost wages and salary; and has incurred property damage to his vehicle.

12. As a further direct and proximate result of Defendant Hunter Weekley's negligent driving of the aforementioned vehicle on October 24, 2021, Plaintiff Michael Queen sustained serious, painful and permanent injuries, including but not limited to his head, ear, TMJ joint, neck, spine, left shoulder, and left elbow that have prevented and will continue to prevent him from pursuing his usual and normal activities.

13. As a further direct and proximate result of Defendant Hunter Weekley's negligent operation of her vehicle on October 24, 2021, Plaintiff Michael Queen required and may in the future require hospital and medical care including but not limited to physical therapy for which he has incurred and may in the future further incur expense.

WHEREFORE, Plaintiff Michael Queen seeks damages and demands judgment against Defendant Hunter Weekley in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgement and post-judgement interest, and costs as provided by law.

### COUNT II
Plaintiff Michael Queen
**(Imputed Negligence/Respondent Superior –
Defendant Jeffrey Weekley)**

14. Plaintiff Michael Queen, individually realleges and incorporates by reference paragraphs one through thirteen into this count as though fully set forth herein, and further alleges that at all times of which he complains, Defendant Hunter

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

Weekley was driving a white Jeep Wrangler with the permission of Defendant and owner Jeffrey Weekley.

15. Plaintiff Michael Queen further alleges that at all times pertinent Defendant Hunter Weekley was an agent of Defendant Jeffrey Weekley acting within the scope of her agency and to his direct benefit.

16. Plaintiff Michael Queen alleges that Defendant Jeffrey Weekley's agent was negligent in the operation of the aforementioned motor vehicle as stated in Count I, which is fully incorporated herein by reference.

17. As a direct and proximate result of Defendant Hunter Weekley's negligent operation of the aforementioned vehicle on October 24, 2021, Plaintiff Michael Queen has suffered and will continue to suffer a great deal of physical and emotional pain, severe shocks to his nerves and nervous system and great mental anguish; has lost his former state of physical and mental well-being; has incurred and may incur in the future otherwise unnecessary medical care and expenses; has missed work; and has lost wages and salary and may continue to do so in the future.

18. As a further direct and proximate cause and result of Defendant Hunter Weekley's negligence, Plaintiff Michael Queen sustained serious, painful, and permanent injuries that have prevented and will continue to prevent him from pursuing his usual and normal activities.

19. At all times herein pertinent, Plaintiff Michael Queen exercised due and reasonable care for his own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

20. As the principal of Defendant Hunter Weekley, Defendant Jeffrey Weekley is responsible for all negligent acts committed by her as well as the injuries that Plaintiff Michael Queen sustained as a direct and proximate result of these negligent acts.

WHEREFORE, Plaintiff Michael Queen seeks damages and demands judgment against Defendant Jeffrey Weekley in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgement and post-judgement interest, and costs as provided by law.

### COUNT III
Plaintiff Michael Queen
**(Imputed Negligence/Respondent Superior – Defendant Sherri Weekley)**

21. Plaintiff Michael Queen, individually realleges and incorporates by reference paragraphs one through thirteen into this count as though fully set forth herein, and further alleges that at all times of which he complains, Defendant Hunter Weekley was driving a white Jeep Wrangler with the permission of Defendant and owner Sherri Weekley.

22. Plaintiff Michael Queen further alleges that at all times pertinent Defendant Hunter Weekley was an agent of Defendant Sherri Weekley acting within the scope of her agency and to her direct benefit.

23. Plaintiff Michael Queen alleges that Defendant Sherri Weekley's agent was negligent in the operation of the aforementioned motor vehicle as stated in Count I, which is fully incorporated herein by reference.

24. As a direct and proximate result of Defendant Hunter Weekley's negligent operation of the aforementioned vehicle on October 24, 2021, Plaintiff Michael Queen

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

has suffered and will continue to suffer a great deal of physical and emotional pain, severe shocks to his nerves and nervous system and great mental anguish; has lost his former state of physical and mental well-being; has incurred and may incur in the future otherwise unnecessary medical care and expenses; has missed work; and has lost wages and salary and may continue to do so in the future.

25. As a further direct and proximate cause and result of Defendant Hunter Weekley's negligence, Plaintiff Michael Queen sustained serious, painful, and permanent injuries that have prevented and will continue to prevent him from pursuing his usual and normal activities.

26. At all times herein pertinent, Plaintiff Michael Queen exercised due and reasonable care for his own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

27. As the principal of Defendant Hunter Weekley, Defendant Sherri Weekley is responsible for all negligent acts committed by her as well as the injuries that Plaintiff Michael Queen sustained as a direct and proximate result of these negligent acts.

WHEREFORE, Plaintiff Michael Queen seeks damages and demands judgment against Defendant Sherri Weekley in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgement and post-judgement interest, and costs as provided by law.

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

## COUNT IV
Plaintiff Michael Queen
**(Negligent Entrustment – Defendant Jeffrey Weekley)**

28. Plaintiff Michael Queen individually realleges and incorporates by reference paragraphs one through thirteen into this count as though fully set forth herein, and further alleges that the Defendant Jeffrey Weekley knew or should have known that Defendant Hunter Weekley was likely to pose an unreasonable risk of serious harm to others when entrusted with a motor vehicle because of Defendant Hunter Weekley's negligent, reckless, incompetent, unlawful and/or dangerous driving history.

29. Plaintiff Michael Queen alleges that Defendant Jeffrey Weekley owed him a duty to entrust the aforementioned white Jeep Wrangler only to such drivers as he had reason to believe would operate the vehicle in a reasonable and competent manner and had a further duty not to entrust said vehicle to any person he knew or should have known was likely to operate the vehicle in a negligent, reckless, incompetent, unlawful and/or dangerous manner.

30. Defendant Jeffrey Weekley breached each of the aforementioned duties to Plaintiff Michael Queen by entrusting Defendant Hunter Weekley to operate the aforementioned white Jeep Wrangler on October 24, 2021, although he knew or should have known that Defendant Hunter Weekley was likely to operate the vehicle in a negligent, reckless, incompetent, unlawful and/or dangerous manner.

31. At all times herein pertinent, Plaintiff Michael Queen exercised due and reasonable care for his own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

WHEREFORE, Plaintiff Michael Queen seeks damages and demands judgment against Defendant Jeffrey Weekley in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgement and post-judgement interest, and costs as provided by law.

**COUNT V**
Plaintiff Michael Queen
**(Negligent Entrustment – Defendant Sherri Weekley)**

32. Plaintiff Michael Queen individually realleges and incorporates by reference paragraphs one through thirteen into this count as though fully set forth herein, and further alleges that the Defendant Sherri Weekley knew or should have known that Defendant Hunter Weekley was likely to pose an unreasonable risk of serious harm to others when entrusted with a motor vehicle because of Defendant Hunter Weekley's negligent, reckless, incompetent, unlawful and/or dangerous driving history.

33. Plaintiff Michael Queen alleges that Defendant Sherri Weekley owed him a duty to entrust the aforementioned white Jeep Wrangler only to such drivers as she had reason to believe would operate the vehicle in a reasonable and competent manner and had a further duty not to entrust said vehicle to any person she knew or should have known was likely to operate the vehicle in a negligent, reckless, incompetent, unlawful and/or dangerous manner.

34. Defendant Jeffrey Weekley breached each of the aforementioned duties to Plaintiff Michael Queen by entrusting Defendant Hunter Weekley to operate the aforementioned white Jeep Wrangler on October 24, 2021, although she knew or should

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

have known that Defendant Hunter Weekley was likely to operate the vehicle in a negligent, reckless, incompetent, unlawful and/or dangerous manner.

35. At all times herein pertinent, Plaintiff Michael Queen exercised due and reasonable care for his own safety and did not cause or otherwise contribute to the occurrence or injuries set forth herein.

WHEREFORE, Plaintiff Michael Queen seeks damages and demands judgment against Defendant Sherri Weekley in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus pre-judgement and post-judgement interest, and costs as provided by law.

Respectfully submitted,

THE HARAK LAW FIRM, LLC

_____
David A. Harak, Esquire
*Federal Bar ID: 13803*
*CPF #:  9712170030*
1400 South Charles Street
Baltimore, Maryland 21230
Tel:  410-347-1272
Fax:  410-347-1274
David@haraklaw.com
Attorney for the Plaintiff

ELECTION FOR JURY TRIAL

Plaintiff hereby elects for trial by Jury.

_____
David A. Harak

**Complaint -** 10

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

MICHAEL QUEEN,

        Plaintiff,

vs.                                  CASE NUMBER:

HUNTER R. WEEKLEY, et al.

        Defendants.

**<u>LINE</u>**

Dear Madam Clerk:

    Enclosed please find an original complaint to be filed in the above-captioned case as well as our check for the filing fee.

    Kindly prepare the Summons in this case and return them to the undersigned counsel for private process service. Thank you.

                                  Respectfully submitted,

                                  THE HARAK LAW FIRM, LLC

                                  _____
                                  David A. Harak, Esquire
                                  *Federal Bar ID: 13803*
                                  *CPF #: 9712170030*
                                  1400 South Charles Street
                                  Baltimore, Maryland 21230
                                  Tel: 410-347-1272
                                  Fax: 410-347-1274
                                  David@haraklaw.com
                                  Attorney for the Plaintiff

**Complaint -** 10                        **THE HARAK LAW FIRM, LLC**
                                              1400 SOUTH CHARLES STREET
                                              BALTIMORE, MARYLAND 21230
                                       TEL: (410) 347-1272 / FAX: (410) 347-1274